## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1245

WRITER'S DIRECT FAX
(212) 373-7945

E-MAIL
ABEAUMONT@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
    COUNSEL

JESSICA A. MURZYN
MICHAEL A. GORDON
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
GREGORY W. FOX
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
KFIR ABUTBUL
SARAH F. FOLEY

September 20, 2012

**SO ORDERED**
The conference is adjourned to December 14, 2012 at 9:30 a.m.
*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

BY HAND

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *Bank of Montreal v. Optionable, Inc.* et al., 09-CV-7557;
          *CMEG NYMEX Holdings Inc. v. Optionable Inc.* et al., 09-CV-3677;
          *SEC v. Lee* et al., 08-CV-09961; and
          *CFTC v. Cassidy* et al., 08-CV-09962

Dear Judge Daniels:

      This firm represents plaintiff Bank of Montreal in the action titled *Bank of Montreal v. Optionable, Inc.* et al., 09-CV-7577, which is one of the four above-captioned related actions pending before the Court.

      The next status conference in these related actions is scheduled for 9:30 a.m. on September 25, 2012. As contemplated when the Court scheduled the conference (at the last status conference, on May 31, 2012), counsel for the parties have conferred and are in agreement that a conference is not necessary at this time. We therefore respectfully request that the September 25 conference be adjourned to a later date at the Court's convenience.

                                            Respectfully submitted,

                                            Anne E. Beaumont

    cc: All Counsel of Record and *Pro Se* Parties in the four related cases (by e-mail)

2747137.1